(R.D. 11676)

M. G. MAHER & COMPANY, INC. *v.* UNITED STATES

Entry No. 3607, etc.

(Decided September 19, 1969)

*Stein & Shostak* (*Marjorie M. Shostak* of counsel) for the plaintiff.
*William D. Ruckelshaus*, Assistant Attorney General (*Frederick L. Ikenson*, trial attorney), for the defendant.

ROSENSTEIN, Judge: It appearing when the cases set forth in schedule A, attached and made a part of this decision, were called in New Orleans on March 19, 1969, that they were on the trial calendar for the fifth time, and that counsel for plaintiff was unable to state whether she would ever proceed to trial, defendant duly moved to dismiss the appeals for reappraisement for failure to prosecute.

The motion is granted and the cases are dismissed.

Judgment will be entered accordingly.